David H.Culligan

vs  No.8954

Ant,Cantone,Appellant.

Charles F.Claiborne,Judge

April 2nd 1923

Court of Appeal
PARISH OF ORLEANS
FILED 4/2/23

393

David H.Culligan

vs                                              No.8954

Ant Cantone,Appellant.

Charles F.Claiborne,Judge.

Plaintiff sues for a broker's commission on the following contract:

May 25th 1920

I hereby appoint David H.Culliganxx my exclusive agent and authorize him to sell my property 2425 Philip Street for $3500- xxx I agree to pay David H.Culligan,my agent,a commission of 3 per cent of the total sale price,which commission shall be considered earned when the agreement of sale is signed and deposit made by purchaser xx In event of employment of counsel or suit by my agent to enforce this contract I agree to pay Attorney's fees not exceeding 25% and costs of suit and etc .

" Signed."      Antonino Cantone -

Plaintiff alleged that he received from P.P. and M.Hampton an offer in writing for the purchase of said property for $3500 on terms and conditions which were accepted by Cantone in writing,together with a deposit of $100 ; that plaintiffs services were completed at the time of the signedin signing of said agreement of sale by the Hamptons and Cantone,and his commission of $105 earned.

The defendant excepted that the Court was without jurisdiction.Section 91 p.65 of the Constitution of 1921 confers jurisdiction upon the City Court of the City of New Orleans" of all suits for moneyed demands above $100 and not exceeding $300 exclusive of interest.The Constitution went into effect on July 1st 1921 p.127 and this suit was filed July 15th 1921 .

The defendant admitted having signed the card containing the contract but denied all the other allegations;

he specially" denied the other facts charged in the third
paragraph of plaintiff's petition for want of knowledge of the
printed matter on the card above described which was not explain-
ed to him, and which he could not read himself because of his
lack of knowledge of the American language; he denied the offer
of purchase of P.P. and M.Hampton, and his acceptance thereof,
and receipt of $100 .

There was judgment for plaintiff and the defendant
has appealed.

In addition to the authorization of sale by the
defendant to the plaintiff, copied above, the record contains
an offer to purchase signed by P.P. and M.Hampton for $3500
on terms and conditions therein stipulated. At the bottom of
this offer is an acceptance in these words signed by the defen-
dant: " I, the owner of the above property accept the above offer
on the terms and condition stated, and agree to pay David H.
Culligan three per cent commission on the sale. I hereby acknow-
ledge receipt of $100 being the first payment on the above."

This agreement of sale signed and the deposit of
$100 entitled the broker to his commission under the express
terms of the contract.

A plea is made that the defendant did not know how
to read English.

This defense is without avail. He should have had
some one to read it to him before he signed it. No fraud is
shown. 2 L.D.470 (3) Bagneris vs Oddo No.7471 Ct.App— *22a14.*
*26a594 - 30a494 - 33a1439 - 34a*
*720 - 35a 846 (850) - 855 (858) - 36a*
*620 - 476 (477) - 39a 705 - 41a18*
*106 La 780 (790) - 117 La 390 —*
Judgment affirmed.

April 2nd 1923 .